[D.I. 179]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

ALLYSON SEXTON, general
administratrix and
administratrix ad prosequendum
of the Estate of BRETT J.
SEXTON, and ALLYSON SEXTON,
individually,

        Plaintiffs,

    v.

ANTHONY J. RIZZETTA D.O., et
al.,

        Defendants.

Civil No. 15-3181 (RBK/AMD)

## ORDER

    This matter comes before the Court by way of Plaintiffs' motion [D.I. 179] to exclude the opinion and testimony of Dr. Gaziano; and the Court noting that Plaintiffs have requested that the motion be "withdrawn and held in abeyance" (see Letter [D.I. 181], 1); and for good cause shown:

    IT IS on this 25th day of June 2018,

**ORDERED** that Plaintiffs' motion to exclude the opinion and testimony of Dr. Gaziano [D.I. 179] shall be, and is hereby, **<u>DISMISSED WITHOUT PREJUDICE</u>**.

s/ Ann Marie Donio
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE

cc:  Hon. Robert B. Kugler